UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **25-CR-60122-SINGHAL/STRAUSS**

7 U.S.C. § 136j(a)(2)(G)
7 U.S.C. § 136*l*(b)(1)(B)
7 U.S.C. § 136*l*(b)(4)
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

ANDERSON PEST CONTROL, INC.,
and CRIS ANDERSON,

Defendants.
_____/

FILED BY ____BM____ D.C.
May 30, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

**Using A Restricted Use Pesticide In A Manner
Inconsistent With Its Labeling
(7 U.S.C. § 136j(a)(2)(G))**

From on or about April 22, 2023, through on or about April 23, 2023, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**ANDERSON PEST CONTROL, INC.,
and CRIS ANDERSON,**

being a commercial applicator of a restricted use pesticide under the Federal Insecticide, Fungicide, and Rodenticide Act, knowingly used and caused to be used Zythor, a registered and restricted use pesticide, in a manner inconsistent with its labeling.

In violation of Title 7, United States Code, Sections 136j(a)(2)(G), 136*l*(b)(1)(B), 136*l*(b)(4); and Title 18, United States Code, Section 2.

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
Jodi A. Mazer
Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-60122-SINGHAL/STRAUSS

v.

ANDERSON PEST CONTROL, INC., and
CRIS ANDERSON,

Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [ ] Miami
- [x] FTL
- [ ] Key West
- [ ] WPB
- [ ] FTP

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [x] Misdemeanor
   - [ ] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: *Jodi A Mazer*
Jodi A. Mazer
Special Assistant United States Attorney
FL Bar No.        0186503

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Anderson Pest Control, Inc.

**Case No**: _____

Count #: 1

Using A Restricted Use Pesticide In A Manner Inconsistent With Its Labeling

Title 7, United States Code, Section 136$l$(b)(1)(B)
* **Max. Term of Imprisonment:** Five (5) Years Probation
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** N/A
* **Max. Fine:** $200,000 or twice the gross gain or gross loss from the offense

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Cris Anderson

**Case No**: _____

Count #: 1

Using A Restricted Use Pesticide In A Manner Inconsistent With Its Labeling

Title 7, United States Code, Section 136*l*(b)(1)(B)
* **Max. Term of Imprisonment:** One (1) Years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** One (1) Year
* **Max. Fine:** $100,000 or twice the gross gain or gross loss from the offense

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.